USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

GOLDGLIT & COMPANY LLP

12 CV 1838 (DAB)

Plaintiff,

-against-

BASIL AGROCOSTEA,

Defendant.
--------------------------------------------------------------------X

## ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Upon the attached Declaration of Laura L. Shockley, Esq. dated March 13, 2012, the exhibits annexed thereto, affidavit of Steven Goldglit, CPA, sworn to on March 12, 2012, the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Plaintiff's Motion For a Temporary Restraining Order pursuant to Fed. R. Civ. P. 65, it appears to the Court that there exists a risk that immediate and irreparable injury, loss or damage will result to Plaintiff before the Defendant can be heard in opposition.

It further appears to the Court that it is probable that Plaintiff will succeed on the merits of its claims, and that the amount of the Plaintiff's claims exceeds all counterclaims known to the Plaintiff.

Accordingly, it is:

**ORDERED**, that the above named Defendant show cause before the Honorable Deborah A. Batts at Courtroom 24B , United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on March 28 , 2012 at 4:30 o'clock in the PM thereof, or as soon thereafter as counsel may be heard, why an order should not

be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant

individually and through his company, Agro Accounting, during the pendency of this action

from:

> (a) keeping, maintaining and/or possessing any records, in whatever form they may exist, that belong to Goldglit, including but not limited to those that refer to Goldglit clients and/or business contacts;

> (b) utilizing or disclosing any information contained in such records;

> (c) soliciting, contacting, servicing, accepting or doing business with any Goldglit clients, prospective clients, referral sources or individuals and entities whom Agrocostea learned of and/or serviced during his employment with Goldglit, and;

> (d) utilizing or otherwise disseminating the January 26, 2012 e-mail, a copy of which is annexed as Exhibit 1; and

> (e) otherwise unlawfully competing with Goldglit.

**IT IS FURTHER ORDERED** that, sufficient reason having been shown therefore,

pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65

Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from:

> (a) keeping, maintaining and/or possessing any records, in whatever form they may exist, that belong to Goldglit, including but not limited to those that refer to Goldglit clients and/or business contacts;

> (b) utilizing or disclosing any information contained in such records;

> (c) soliciting, contacting, servicing, accepting or doing business with any Goldglit clients, prospective clients, referral sources or individuals and entities whom Agrocostea learned of and/or serviced during his employment with Goldglit, and;

> (d) utilizing or otherwise disseminating the January 26, 2012 e-mail, a copy of which is annexed as Exhibit 1; and

> (e) otherwise unlawfully competing with Goldglit.

The Plaintiff shall post an undertaking in the amount of $ _5,000.00_ _by 4:00PM in_ _3|15|12_

the form submitted to the Court which is approved.

SUFFICIENT CAUSE THEREFORE APPEARING, let service of a copy of this Order, _Copy given_

and of the papers on which it is granted, on Defendant, by Federal Express overnight delivery, _3|14|12_ _in Court_

on or before _____, 2012, be deemed good and sufficient service thereof.

AND LET any papers in opposition to Plaintiff's Motion be served on Plaintiff's counsel, _and the Court_

Rivkin Radler LLP, 926 RXR Plaza, Uniondale, New York 11556 by Federal Express or other

overnight delivery on or before _3|23|12_ , 2012.


**S O   O R D E R E D:**

_Deborah A. Batts_
_____, U.S.D.J.


New York, New York
March _13_ , 2012
Time Issued: _3:40 PM_

2591339 v1