USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/12

# LEVINE & BLIT, PLLC
*Attorneys at Law*

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 36TH FLOOR
NEW YORK, NEW YORK 10118
PHONE: (212) 967-3000 · FAX: (212) 967-3010
www.levineblit.com

March 23, 2012

*Via Facsimile*
The Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street, Rm 24B
New York, New York 10007
Fax 212.805.7902

    Re:    **Goldglit & Company LLP v. Basil Agrocostea**
             **S.D.N.Y. 12-CV-1838 (DAB)**

Dear Judge Batts,

    Our firm has recently been retained to represent Defendant, Basil Agrocostea, in the above-referenced matter.

    We recently contacted the Court to request an adjournment of oral arguments currently scheduled for March 28, 2012, as the lead attorney in this matter has depositions previously scheduled on that date.

    To follow up our request, opposing counsel has consented to our adjournment request. Additionally, opposing counsel has proposed the following dates to reschedule the arguments: April 3rd, 4th or 6th. Along with this request, we hereby agree to an extension of the temporary restraining order until the oral arguments can be rescheduled.

    This is our first adjournment request. Thank you for your kind courtesies with regard to this matter.

Very truly yours,

LEVINE & BLIT, PLLC

Russell S Moriarty, Esq. (RM 0224)

CALIFORNIA | ILLINOIS | NEW YORK

*[Handwritten annotation:]* GRANTED. HEARING SCHEDULED FOR 4/4/12 AT 4:30PM. TRO EXTENDED UNTIL THAT TIME. /s/DAB 3/23/12

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
3/23/12