USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GOLDGLIT & CO., LLP,

                Plaintiff,

                                            12 Civ. 1838 (DAB)
    -against-                            ORDER

BASIL AGROCOSTEA,

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    By letter dated April 26, 2012, Counsel for the Defendant advised the Court that Defendant Basil Agrocostea has terminated their representation of him in this matter.

    In light of counsel's representations to the Court, the Court GRANTS Defendant's counsel's application to withdraw, on the condition that Defendant's counsel serve a copy of this order upon Defendant and provide the Court with Defendant's current contact information.

    By May 25, 2012 Defendant SHALL (1) retain new counsel and file a notice of appearance with the Court, OR (2) advise the Court and Plaintiff that he has chosen to proceed pro se. Should Defendant fail to satisfy the foregoing, he will on proper Motion face an entry of default and other appropriate sanctions for failure to obey a Court Order.

    All correspondence from Defendant which is not made through counsel should be directed to the Pro Se Office, U.S. Courthouse,

500 Pearl Street, New York, New York 10007-1312; (212) 805-0175. No correspondence shall be sent directly to the Court, and the Court does not accept telephone calls except in dire emergencies.

Defendant should review the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and this Court's Individual Practices, copies of which are available through the Court's website and through the Clerk of Court. The Pro Se Office will answer any questions Defendant may have about the rules.

While this action is pending and until and unless Defendant obtains replacement counsel, it is the responsibility of the Defendant immediately to inform the Court, through the Pro Se Office, of any changes of address.

SO ORDERED.

Dated: New York, New York
April 26, 2012

*Deborah A. Batts*
Deborah A. Batts
United States District Judge