USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

GOLDGLIT & COMPANY LLP,                :

             Plaintiff,              :

  -against-                           :     12 Civ. 1838 (JPO)(HBP)

BASIL AGROCOSTEA,                      :     SCHEDULING
                                             ORDER
             Defendant.              :

----------------------------------X

       PITMAN, United States Magistrate Judge:

       An initial pretrial conference having been held on July 11, 2012, for the reasons stated on the record in open court and with the consent of counsel, it is hereby ORDERED that:

       1.  All disclosures required by Rule 26(a)(1) shall be made no later than August 3, 2012.

       2.  All fact discovery in this matter shall be completed no later than December 14, 2012.

       3.  If plaintiff intends to rely on an expert witness, plaintiff shall make all required expert disclosures no later than December 14, 2012.

       4.  If defendant intends to rely on an expert witness, defendant shall make all required expert disclosures no later than January 21, 2013.

       5. Dispositive motions, if any, shall be made no later than February 4, 2013.

6. The Pretrial Order, in the form required by Judge Oetken's rules, along with all other pretrial submissions required by Judge Oetken, shall be filed on March 4, 2013, or thirty days after the final decision on any dispositive motion (if the pretrial order is still necessary after such decision), whichever date is later. Plaintiff shall serve a draft of its portion of the Pretrial Order on defendant no later than fifteen days prior to the Pretrial Order's due date. For the convenience of all parties, a copy of Judge Oetken's rules is available on the Court's website: www.nysd.uscourts.gov.

Dated:  New York, New York
        July 11, 2012

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted or mailed to:

Kenneth A. Novikoff, Esq.
Laura Lynn Shockley, Esq.
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, New York 11556

Mr. Basil Agrocostea
25-42 43rd Street
Apt 2
Astoria, New York 11103